IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEVEN ABNEY, et al, | No. CV04-525-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On March 7, 2008, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.204). The Recommendation advised the Court to DENY the Defendants' Motion for Summary Judgment (Docket No.174). The Court reviewed and considered the Defendants' Objection (Docket No. 210) and the Plaintiffs' Response (Docket No. 213).

The Court considers the Recommendation (Docket No.204) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Bernardo P. Velasco. Therefore,

IT IS HEREBY ORDERED Defendants' Motion for Summary Judgment (Docket No.174) is DENIED.

DATED this 9th day of June, 2008.

_____
Raner C. Collins
United States District Judge